Appendix A: Sample Complaint and Civil Cover Sheet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF __Maine__
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED
Bangor, ME
2017 JAN 23  P 3: 21
BY_____
DEPUTY CLERK

__Gregory Paul Violette__

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

__See Attached__

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
               *(check one)*

Defendants:

Mr. Pannier, Case Manager, NMRRC
Unknown Full Name
Unknown Address

U.S. Department of Justice
Federal Bureau of Prisons
320 First Street, Building 400, 2nd Floor
Washington, DC 20534

Volunteers of America Northern New England Inc.
June A Koegel
14 Maine Street, Suite 301
Brunswick, ME 04011

Northern Maine Regional Reentry Center (NMRRC)
ATTN: MS Francis, Program Manager
102 Hogan Road, Building F, 3rd Floor
Bangor, ME 04401

MS Francis, Program Manager, NMRRC
Unknown Full Name
Unknown Address

Defendants:

Mr. Pannier, Case Manager, NMRRC
Being sued in his Official Capacity, He slandered my name in my Weekly Program Reviews.

U.S. Department of Justice
Being sued in their Official Capacity, They did NOT train or supervise Mr. Pannier doing his job as a Case Manager for NMRRC.  Poor training and/ or very poor supervision of Mr. Pannier.

Volunteers of America Northern New England Inc.
Being sued in their Official Capacity, They did NOT train or supervise Mr. Pannier doing his job as a Case Manager for NMRRC.  Poor training and/ or very poor supervision of Mr. Pannier.

Northern Maine Regional Reentry Center (NMRRC)
Being sued in their Official Capacity, They did NOT train or supervise Mr. Pannier doing his job as a Case Manager for NMRRC.  Poor training and/ or very poor supervision of Mr. Pannier.

MS Francis, Program Manager, NMRRC
Being sued in her Official Capacity, She did NOT train or supervise Mr. Pannier doing his job as a Case Manager for NMRRC.  Poor training and/ or very poor supervision of Mr. Pannier.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Gregory Paul Violette
   Street Address: P.O. Box 212
   City and County: Palermo   Waldo
   State and Zip Code: Maine   04354-0212
   Telephone Number: 207-993-2014
   E-mail Address: 1955gpgv@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Mr. Pannier
   Job or Title (if known): Case Manager, NMRRC
   Street Address: unknown
   City and County: unknown
   State and Zip Code: unknown
   Telephone Number: unknown
   E-mail Address (if known): unknown

   Defendant No. 2
   Name: U.S. Department of Justice
   Job or Title (if known): Federal Bureau of Prisons
   Street Address: 320 First Street, Building 400, 2nd Floor
   City and County: Washington
   State and Zip Code: DC   20534
   Telephone Number: 202-307-3171

25

    E-mail Address    unknown
    (if known)

  Defendant No. 3

    Name      Volunteers of America Norther New England
    Job or Title    Halfway House, NMRRC
    (if known)    June A. Koegel
    Street Address   14 Maine Street, Suite 301
    City and County   Brunswick  Cumberland
    State and Zip Code   Maine  04011
    Telephone Number   unknown
    E-mail Address   unknown
    (if known)

  Defendant No. 4

    Name      Northern Maine Regional Reentry Center NMRRC
    Job or Title    Halfway House
    (if known)    ATTN: MS Francis, program manager
    Street Address   102 Hogan Road, Building F, 3rd Floor
    City and County   Bangor  Penobscot
    State and Zip Code   Maine  04401
    Telephone Number   207-992-9575
    E-mail Address   unknown
    (if known)

**II.**   **Basis for Jurisdiction**

  Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

  What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question      ☐ Diversity of citizenship

  Fill out the paragraphs in this section that apply to this case.

I.  **The Parties to This Complaint**

    A.  **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

        Name  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number  
        E-mail Address  

    B.  **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

        Defendant No. *5*

| Field | Value |
|---|---|
| Name | MS Francis, Program Manager |
| Job or Title (if known) | Program Manager, NMRRC |
| Street Address | Unknown |
| City and County | Unknown |
| State and Zip Code | Unknown |
| Telephone Number | Unknown |
| E-mail Address (if known) | Unknown |

        Defendant No. 2

        Name  
        Job or Title (if known)  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Mr. Pannier Slandered my name*

_____

_____

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an*

27

*additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

None

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Mr. Pannier slandered my name in my weekly Program Reviews.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mr. Pannier is no longer slandering me because I have left the halfway house, NMRRC.

$500,000.00 Punitive Money damages

28

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __1/17__, 20_17_

Signature of Plaintiff    _[signature]_
Printed Name of Plaintiff  _Gregory Paul Violette_

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number              _____
Name of Law Firm        _____
Address                 _____
Telephone Number        _____
E-mail Address          _____

29